# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD MITCHELL LEAVITT,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 71495

**FILED**

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our review of the documents before this court do not indicate that the district court has made any decision, written or oral, on a petition for a writ of habeas corpus, or that any such petition is pending in the district court. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Michelle Leavitt, District Judge
    Todd Mitchell Leavitt
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

16-33763